[No. 11330–5–I. Division One. March 14, 1983.]

THE STATE OF WASHINGTON, *Respondent, v.* CHARLES
D. PICKEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–1–00463–1, Stuart C. French, J.,
entered January 19, 1982. *Affirmed* by unpublished opinion

per Corbett, J., concurred in by Durham, A.C.J., and Williams, J.